RECEIVED

JUL - 8 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LAN XUAN DANG | DOCKET NO. 1:13-CV-32; SEC. P |
| VERSUS | JUDGE DRELL |
| ASK-CARLSON, ET AL. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. §2241 be **DENIED and DISMISSED** for failing to state a claim for which relief can be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 3rd day of July, 2013.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT